# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
|     Plaintiff, | ) Civil Case No. |
| v. | ) **NOTICE OF FILING EXHIBIT** |
| JOHN DOE subscriber assigned IP Address 69.247.13.155, | ) |
|     Defendant. | ) |

**NOTICE OF FILING EXHIBIT**

PLEASE TAKE NOTICE that Plaintiff, Strike 3 Holdings, LLC has filed *Exhibit A to the Complaint* which contains the copyright registration information of the works-in-suit as well as ancillary information about infringement of the copyrights over the BitTorrent network.

DATED: September 30, 2024

By:    */s/ Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.
TN 036649
Sciarrino & Shubert, PLLC
330 Franklin Road
Ste. 135A-133
Brentwood, TN 37027-3280
T: (202) 256-9551
F; (202) 217-3929
E-mail: dawn@sciarrinolaw.com

/s/  *Jacqueline M. James*
Jacqueline M. James, Esq.
NY 2384220.
The James Law Firm, PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjames@jacquelinejameslaw.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

                                              By:  */s/ Dawn M. Sciarrino*
                                                       /s/  *Jacqueline M. James*