Exhibit A to the Complaint

**Location:** Antioch, TN  
**Total Works Infringed:** 30  
**IP Address:** 69.247.13.155  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B2E6744EF56C0CCD2057CEB12B03124F9846E4E5<br>File Hash: 15760806EDAA7B8E8D1FEA22C9A6E6191CB4ED37927F0AB585EC04A307E0422A | 09/09/2024 09:39:44 | Blacked | 09/05/2024 | 09/17/2024 | PA0002490366 |
| 2 | Info Hash: 4D63C17880FB8675361F8432276CF1A55ABD49D7<br>File Hash: FD399DACBA40A5358F295A5525F5EA145E30F2517F81036C7B773C368C16CAD2 | 09/07/2024 13:25:57 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 3 | Info Hash: 788413EBDB9AED211A6192777361CB41E196CD02<br>File Hash: D28672FFCFC4FA08487609F50234AEB95422B634D905303C9006F78EEC66D20C | 09/06/2024 14:06:51 | Blacked Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 4 | Info Hash: B8B555219633A6E714FE7111DA136B6DB8CBFA69<br>File Hash: C0947D711BC1AA57BACCDB1DE1DD2ED50268C396E6F7DF53738D70575DAF4AD8 | 09/03/2024 22:11:30 | TushyRaw | 09/03/2024 | 09/18/2024 | PA0002490531 |
| 5 | Info Hash: 18FCCA0A9C60A1D3722EC5D60D360F0B0465ACDB<br>File Hash: 51479C8D6402636A3D39717463FDB135A578FA94207C877F6B8730382CAB3F95 | 08/28/2024 22:34:23 | Milfy | 08/28/2024 | 09/17/2024 | PA0002490357 |
| 6 | Info Hash: 6CE3A9BB40D94525089F56C9D418830855C7C32C<br>File Hash: 88D671A699707D639FF70AF00814EBCEC9858AA86F500A7F89A319E43EAA8594 | 08/26/2024 23:58:02 | Blacked Raw | 01/12/2018 | 01/23/2018 | PA0002101755 |
| 7 | Info Hash: 2B6E88B293316F8863367A3E0814141999888A99<br>File Hash: D660D70812C432DB34F1E1366D1C65B3235E4FB353C85BAC9310F461B579B132 | 08/23/2024 14:45:08 | Milfy | 12/06/2023 | 01/16/2024 | PA0002453488 |
| 8 | Info Hash: CD6FE8B66789DE647C062226F81E75198BA788EE<br>File Hash: A1CD332252CE95FE7030CD7847BBC4F4CD391AC486752913C700A62458E68B63 | 08/12/2024 21:58:15 | Milfy | 10/25/2023 | 12/07/2023 | PA0002446668 |
| 9 | Info Hash: BEC08B7D4E26346CBB564CF87826DE0D5A4238F3<br>File Hash: 2A9CE6614DC331D3862E8F28D6D77DB85AD4100B1DD11AD52F8DFBD42895A049 | 08/07/2024 22:36:05 | Milfy | 08/07/2024 | 09/17/2024 | PA0002490329 |
| 10 | Info Hash: 59991B48125DBB7D6080CDC47F905CD6220CA1A7<br>File Hash: 68F1FCE60739F385B39C34183A5C44DEF878D271E1129D0B4E7AE59A8BEA3277 | 08/02/2024 22:26:12 | Milfy | 08/23/2023 | 12/05/2023 | PA0002443638 |
| 11 | Info Hash: 424F964F6C6A3FF16F4BA8ABD9A2981A2D62D915<br>File Hash: C9861B5BD11EE9A23667EC28F788901095FB8FC394DF8B9D3EAF02EF9CA4F788 | 07/31/2024 14:05:36 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: B9689796B0AF3FA2697DDEF7BC6E0B909E54CBAC<br>File Hash: 2B9F3E775A814739DB463BB6AD55433B1B04C91F790D5BB11AE504AE36B3B91E | 07/27/2024 16:03:30 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |
| 13 | Info Hash: 184B06C48982F725129BC9150296E85C889B9ECD<br>File Hash: 8FCF15D4A2A7D6056EB760C70F16E0197DFF9740899E551FC0139F8B595FD134 | 07/23/2024 22:07:53 | Milfy | 06/14/2023 | 08/22/2023 | PA0002431060 |
| 14 | Info Hash: 819DE4D4ED158A474F56AD274681D722ACDA10C2<br>File Hash: 3118C95DE618E1B5D4E6CFCC2A09E85D23EE0A0CC20E0532365F0374410983D6 | 07/13/2024 14:25:11 | Blacked | 07/12/2024 | 08/14/2024 | PA0002484823 |
| 15 | Info Hash: 3F172AA217386E11CAD2D971820A59949C91D61E<br>File Hash: 4420A49DCE259B892B075AF2824B574B9AAACCF3511E84F6CFFBEA51B8007724 | 07/08/2024 23:33:43 | Blacked | 07/02/2024 | 07/15/2024 | PA0002480438 |
| 16 | Info Hash: A41AFA4EA48402FA69B35DDF30B5876FA336A4CF<br>File Hash: 800BCA8C5004D235F1213D5EFC75A19ADE459EE73EAE0652C0A713224FFACF21 | 07/08/2024 23:28:49 | Blacked Raw | 07/08/2024 | 07/15/2024 | PA0002480635 |
| 17 | Info Hash: E2865D53D1D4FD18F6D201BB7EACF9752B1E2722<br>File Hash: 4CACFAFB50CEEC91AEF72B9A2F70E680AAC68C0BF350A55A6251CBB2DC817FC4 | 07/07/2024 14:35:08 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 18 | Info Hash: 2ADF1A00CB2728D5B91C469C131C68070E9E6102<br>File Hash: E84F099F762F31AB6B03913572125ECB8CEFA49DD5720B4F1F001FC0CC657A46 | 07/01/2024 21:58:34 | Blacked Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 19 | Info Hash: 70E10FD0CBF4CED388CEC88779C825845BB0BC63<br>File Hash: 8A60A84CDECF099BD1B7A06F668129BA9C08E25949F866C9D04AB996494EB9C1 | 06/05/2024 22:29:04 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 20 | Info Hash: 21216FD550EE6A7905EAA1D20667371D9106D2B1<br>File Hash: D7B9D17B1E3C8105A12C6EE6493C7F8D6416EFE49DE12754D539BEFA3B371898 | 05/19/2024 15:37:01 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 21 | Info Hash: 5A5FD18FD303D8A624D5E5018CA22A2AC9D0D183<br>File Hash: 9D853DE24AED76E613639483065D4DD8118CD2AE95F0432070BD011C4FF1E936 | 05/17/2024 00:24:08 | Blacked Raw | 05/13/2024 | 06/18/2024 | PA0002476936 |
| 22 | Info Hash: 78A1C614A2B04A2F7D0695BB701CEC6888C3A28F<br>File Hash: 512961588521B149607DB6E07C30DF3B245474C83F90BBA4582146270BADCD48 | 05/16/2024 22:13:55 | Milfy | 05/15/2024 | 06/20/2024 | PA0002477041 |
| 23 | Info Hash: AF19B97B385FAEAD5EE4AADD1CD992A0A445CA6E<br>File Hash: 37FBC3500395A8C432EC38297587780936E3A3DAD69F211D64548CD5CD2827CD | 05/11/2024 16:14:04 | Blacked Raw | 05/06/2024 | 05/07/2024 | PA0002469675 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 32E4E6CFA1E30931F58435C77B100D79EF285CA1<br>File Hash:<br>D0C25E53546A88AB1DBB951E5368F9638F2F98D3E4A713EA5DDF081C117361A5 | 05/05/2024<br>12:44:32 | Blacked Raw | 12/05/2022 | 01/10/2023 | PA0002389624 |
| 25 | Info Hash: 37BFFD584C1244689D96C07970D5F48C9E8BC322<br>File Hash:<br>B6F7F4551D9461E3B727B2476960B8AA39E7E46BD76CE9BEC279F778B5D78B38 | 05/04/2024<br>18:24:29 | Blacked Raw | 03/04/2024 | 03/12/2024 | PA0002459238 |
| 26 | Info Hash: 7DE36E814B2F647099BA4AAD0A748E39A17A8407<br>File Hash:<br>E410959EFF6BCB892ED11047CF7722D2DBC01898C772135782780908B8A8DADB | 05/04/2024<br>18:24:10 | Blacked Raw | 01/08/2024 | 02/14/2024 | PA0002455060 |
| 27 | Info Hash: 78857C968775301667E36D6713A7081FF2A82D25<br>File Hash:<br>98D03A7C682FFBAC600CF42617B2382F153F8065A040B2388FF3036DDA5C340D | 04/30/2024<br>14:45:27 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 28 | Info Hash: 47814DC7529E5C5290FB11F6724478F41E528474<br>File Hash:<br>3CE52222BDDD9B4BC911D896ECACF00BFFB3142D3AA02E69213D1D606923F337 | 04/29/2024<br>14:18:59 | Blacked | 03/02/2024 | 03/12/2024 | PA0002459225 |
| 29 | Info Hash: 9A4E4ABACEC185304E6E38725AC5802B90DE2F67<br>File Hash:<br>773F196DA7D52B2FBD6E9F7B1A546707DC1F80DF1DCF22B239B071C2AE7FAEAD | 04/22/2024<br>22:57:45 | Blacked Raw | 04/22/2024 | 05/07/2024 | PA0002469678 |
| 30 | Info Hash: E66215C7663C7EB92195BCC39A7634B78DDA4DB0<br>File Hash:<br>2F67958A520B51E4B5293ABB7FCC18EA62D1E002AAA88DE30E70C179DDDEE21F | 04/08/2024<br>23:02:52 | Milfy | 04/03/2024 | 06/24/2024 | PA0002477489 |