UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE subscriber assigned IP ) <br> Address 69.247.13.155, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 3:24-cv-01175 <br><br> *EX PARTE* MOTION <br> FOR LEAVE TO SERVE A <br> THIRD-PARTY SUBPOENA PRIOR TO <br> A RULE 26(f) CONFERENCE |

## *EX PARTE* MOTION FOR LEAVE TO SERVE A THIRD-PARTY SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support of this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third-party subpoena on Comcast Cable, prior to a Rule 26(f) conference (the "Motion").

DATED: 10/10/2024

By: */s/ Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.
TN 036649
Sciarrino & Shubert, PLLC
330 Franklin Road
Ste. 135A-133
Brentwood, TN 37027-3280
T: (202) 256-9551
F; (202) 217-3929
E-mail: dawn@sciarrinolaw.com

1

/s/  *Jacqueline M. James*
                                                                   Jacqueline M. James, Esq.
                                                                   NY 2384220.
                                                                   The James Law Firm, PLLC
                                                                   445 Hamilton Avenue
                                                                   Suite 1102
                                                                   White Plains, New York 10601
                                                                   T: 914-358-6423
                                                                   F: 914-358-6424
                                                                   E-mail: jjames@jacquelinejameslaw.com

                                                                   *Attorneys for Plaintiff*

## LCrR12.01(c) Certification

Since Plaintiff does not know Defendant's or Defendant's attorney's identity, it was unable to conferred in a good faith effort to resolve by agreement the subject matter of the motion. Accordingly, the motion was made *ex parte*.